UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| | : | |
| -against- | : | |
| | : | |
| SIMPSON BOROUGH PLACE CORP., | : | 01-CV-693 (DLI)(VVP) |
| BRACH B. SIMPSON, CLUB CASINO CORP., | : | |
| NEW YORK CITY DEPARTMENT OF | : | |
| FINANCE, STATE OF NEW YORK | : | |
| DEPARTMENT OF TAXATION AND FINANCE, | : | |
| and JOHN DOE #1 through JOHN DOE #10, | : | |
| inclusive such names being fictitious and | : | |
| unknown to plaintiff, the persons or parties | : | |
| intended being tenants, occupants, persons, | : | |
| corporations, or other legal entities, if any, | : | |
| having or claiming an interest in or lien upon the | : | |
| premises described in the complaint, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Victor V. Pohorelsky, U.S.M.J. dated March 21, 2006. Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that a judgment in strict foreclosure be entered against the defendants foreclosing any and all rights of redemption the defendant Club Casino Corp. may have in the subject property unless the defendant pays the amount of $1.71 million, thus acquiring the property. Defendant has ten (10) days from the date of this Order to exercise this right of redemption, unless within said ten (10) days, defendant seeks an enlargement for good cause shown; it is further hereby

ORDERED that this case is discontinued. The Clerk of the Court is directed to close the file

maintained in this matter and to enter judgment. The proposed Order of Judgment filed by plaintiff on March 28, 2006 is hereby approved and So Ordered. Counsel for plaintiff shall serve a copy of this Order on the defendant by regular mail and file such proof of service on the record.

DATED:   Brooklyn, New York
         April 13, 2006

                                          /s/
                                    DORA L. IRIZARRY
                                    United States District Judge