UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                        Plaintiff,

                    -against-


SIMPSON BOROUGH PLACE CORP.,
BRACH B. SIMPSON, CLUB CASINO CORP.,
NEW YORK CITY DEPARTMENT OF
FINANCE, STATE OF NEW YORK
DEPARTMENT OF TAXATION AND FINANCE,
and JOHN DOE #1 through JOHN DOE #10,
inclusive such names being fictitious and
unknown to plaintiff, the persons or parties
intended being tenants, occupants, persons,
corporations, or other legal entities, if any,
having or claiming an interest in or lien upon the
premises described in the complaint,


                                        Defendants.
-------------------------------------------------------------------X

JUDGMENT
01-CV- 0693 (DLI)

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been

filed on April 17, 2006, adopting the Report and Recommendation of Magistrate Judge

Viktor V. Pohorelsky, dated March 21, 2006; and directing the Clerk of Court to enter a

judgment in strict foreclosure against the defendants foreclosing any and all rights of

redemption the defendant Club Casino Corp. may have in the subject property unless the

defendant pays the amount of $7.1 million, thus acquiring the property; and ordering that the

defendant has ten (10) days from the date of this Order to exercise this right of redemption,

unless within said ten (10) days, defendant seeks an enlargement for good cause shown;

it is

JUDGMENT
01-CV- 0693 (DLI)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; that judgment is hereby entered against the defendants foreclosing any and all rights of redemption the defendant Club Casino Corp. may have in the subject property unless the defendant pays the amount of $7.1 million, thus acquiring the property; and that defendant has ten (10) days from the date of this Order to exercise this right of redemption, unless within said ten (10) days, defendant seek an enlargement for good cause shown.

Dated: Brooklyn, New York
April 18, 2006

ROBERT C. HEINEMANN
Clerk of Court